UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Crim. No. 21 - 675 (TNM) |
| ) | |
| ) | |
| JAMES ALBERT TRANKLE ) | |
| ) | |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for defendant James Albert Trankle, as appointed counsel for the limited purpose of ordering transcripts and pursuing the appeal on behalf of the defendant.

                        Respectfully submitted,

                        /s/ *Howard B. Katzoff*
                        Howard B. Katzoff (Bar # 348292)
                        717 D Street, NW  Suite 310
                        Washington, D.C.  20004
                        (202) 783-6414
                        katzoffh@aol.com
                        Counsel for James Albert Trankle

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel and defense counsel of record this   28th   day of March, 2024.

                         /s/ *Howard B. Katzoff*
                        Howard B. Katzoff